■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO NEGRON, Appellant. [606 NYS2d 986] —Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Dunne, J.), imposed August 19, 1992, upon his conviction of criminal sale of a controlled substance in the second degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea agreement (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). We have, however, examined the defendant's contention that the sentence was excessive and find it to be without merit (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONIDES NIEVES, Appellant. [606 NYS2d 986] —Appeal by the defendant from a judgment of the County Court, Westchester County (Cowhey, J.), rendered July 6, 1992, convicting him of attempted murder in the second degree, assault in the first degree (two counts), criminal use of a firearm in the first degree (two counts), and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.